> **Application GRANTED in part and DENIED in part.** Defendant shall answer or otherwise respond to the Complaint by **November 4, 2024**. The initial pretrial conference scheduled for October 23, 2024, is adjourned to **November 20, 2024**, at 4:00pm. The materials described at Dkt. 5 shall be filed by **November 13, 2024**. So Ordered.
>
> Dated: October 17, 2024
> New York, New York
>
> _____
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

October 16, 2024

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Court Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   Calcano v. Immersively Inc., Case No. 1:24-cv-05798-LGS

Dear Judge Schofield:

We represent defendant Immersively Inc. ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from October 16, 2024 to December 2, 2024. Accordingly, we also request that the Court adjourn *sine die* the Initial Case Management Conference scheduled for October 23, 2024 at 4:20 p.m. (Dkt #9).

The parties have conferred, and this requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Rebecca A. Stark*
Rebecca A. Stark

cc:   All counsel of record (by ECF)

Sirote ► Adepetun Caxton-Martins Agbor & Segun ► Davis Brown ► East African Law Chambers ► Eric Silwamba, Jalasi and Linyama ► Durham Jones & Pinegar ► LEAD Advogados ► Rattagan Macchiavello Arocena ► Jiménez de Aréchaga, Viana & Brause ► Lee International ► Kensington Swan ► Bingham Greenebaum ► Cohen & Grigsby ► Sayarh & Menjra ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms