UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
MARCOS CALCANO, :
                      Plaintiff, :
: 24 Civ. 5798 (LGS)
        -against- :
: <u>ORDER</u>
IMMERSIVELY INC., :
                   Defendant. :
:
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order, dated October 17, 2024, required the parties to file a proposed joint letter and case management plan no later than November 13, 2024;

    WHEREAS, the initial pretrial conference is scheduled for November 20, 2024;

    WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

    **ORDERED** that the parties shall file a joint letter and proposed case management plan as soon as possible and no later than **November 18, 2024**, at 12:00 P.M.

Dated: November 14, 2024
       New York, New York

                                                    LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE